DEELEY KING PANG & VAN ETTEN
ALAN VAN ETTEN              1279
TRISTAN S.D. ANDRES         10066
ERIK A. RASK                10808
MONIKA M. WURLITZER         11072
Pauahi Tower
1003 Bishop Street, Suite 1550
Honolulu, Hawaii 96813
Telephone:      (808) 533-1751
Facsimile:      (808) 599-2908
E-Mail:         ave@dkpvlaw.com
                ta@dkpvlaw.com
                er@dkpvlaw.com
                mmw@dkpvlaw.com

Attorneys for Defendant/Counterclaimant
ASSOCIATION OF APARTMENT
OWNERS OF LAHAINA RESIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF LAHAINA RESIDENTIAL CONDOMINIUM; QUAM PROPERTIES HAWAII, INC.,<br><br>　　　　　Defendants. | CIV. NO. 1:24-CV-00075-JAO-BMK<br><br>**DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF LAHAINA RESIDENTIAL CONDOMINIUM'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THIS PROCEEDING; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF TRISTAN S.D. ANDRES; EXHIBITS "A" – "C"; CERTIFICATE OF SERVICE** |

# DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF LAHAINA RESIDENTIAL CONDOMINIUM'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THIS PROCEEDING

Defendant ASSOCIATION OF APARTMENT OWNERS OF LAHAINA RESIDENTIAL CONDOMINIUM ("Defendant" or "AOAO LR"), hereby moves this Court for an order declining jurisdiction and dismissing Plaintiff GREAT AMERICAN INSURANCE COMPANY'S ("Plaintiff's" or "GAIC's") Complaint for Declaratory Relief (the "Complaint"), or in the alternative, staying this proceeding.

This motion is made pursuant to 28 U.S.C. § 2201 and Federal Rules of Civil Procedure Rule 7, and LR 7.1 and 7.4, and is based upon the attached memorandum, the declaration and exhibits attached thereto, the records and files herein, as well as such other oral and written material and argument as may be allowed by the Court. This motion is made following the conference of counsel pursuant to LR7.8, which took place on May 31, 2024.

DATED: Honolulu, Hawai'i, June 20, 2024.

/s/ *Tristan S.D. Andres*
ALAN VAN ETTEN
TRISTAN S.D. ANDRES
ERIK A. RASK
MONIKA M. WURLITZER
Attorneys for Defendant
Association of Apartment Owners of
Lahaina Residential

2